PER: COURT CLERK:-

RECEIVED
MAY 24 2021
BY MAIL

Will THE CLERK PLEASE SEND ME A DOCKET SHEET FOR CAUSE NO # 4:20-CR-00023-SRC. I DID WRITE FOR ONE A COUPLE MONTHS AGO AND NEVER RECEIVE ONE BUT I DO "THANK YOU IN ADVANCE!"

MR. JAMES M. ROBINSON.
# 50699 / 3B-2

Mr. James M. Robinson - 50699 /3B-2
St. Louis, City Justic Center
200 S Tucker Blvd.
St. Louis, MO. 63102

**RETURN SERVICE REQUESTED**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES
ZIP 63103   $ 000.46⁰
02 4W
0000346471 MAY. 20. 2021

**RECEIVED**
MAY 24 2021
**BY MAIL**

Office of Clerk
The United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO. 63102

DAU9PMP 63102

Legal Mail =